| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) BREEN, J. DANIEL | 2. Court or Organization WESTERN DISTRICT OF TENNESSEE | 3. Date of Report 05/16/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) FULL-TIME U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address 1157 FEDERAL BUILDING 167 N. MAIN MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | West TN Council/Boy Scouts of America |
| 2. | | |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 17 A 11: 17 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BREEN, J. DANIEL | 05/16/2005 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS– transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Tennessee Bar Association | Feb. 15-16 - Nashville, TN - Meeting (travel and hotel) |
| 2. | Memphis Bar Foundation | April 14-16 - Destin, FL - Speaker at Annual Meeting (hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BREEN, J. DANIEL | 05/16/2005 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bancorp South (name change from Volunteer Bank) | A | Interest | J | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | L | T | | | | | |
| 3. JANUS | A | Dividend | J | T | | | | | |
| 4. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 5. AmSouth CS | A | Dividend | J | T | | | | | |
| 6. Idaho Power Co. CS | A | Dividend | J | T | | | | | |
| 7. Procter & Gamble CS | A | Dividend | K | T | | | | | |
| 8. Metro Gov't Nashville Bonds | B | Interest | K | T | | | | | |
| 9. Chicago, IL Brd. Ed. Bonds | A | Interest | J | T | | | | | |
| 10. Cleveland Ohio Gov't Bonds | A | Interest | J | T | | | | | |
| 11. BellSouth CS | A | Dividend | J | T | | | | | |
| 12. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 13. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 14. Merrill Lynch Large Cap Value | A | Dividend | | | Sell | 12/17 | J | A | |
| 15. Merrill Lynch Large Cap Core | A | Dividend | | | Sell | 12/17 | J | A | |
| 16. Mass. Inv. Growth Stock Fund | A | Dividend | | | Sell | 12/17 | J | A | |
| 17. Aim Balanced Fund | A | Dividend | | | Sell | 12/17 | J | A | |
| 18. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/16/2005 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Mass. Inv. Trust | A | Dividend | | | Sell | 12/17 | J | A | |
| 20. Merrill Lynch Small Cap Value Fund | A | Dividend | | | Sell | 12/17 | J | A | |
| 21. AIM Intern. Gov't Fund | A | Dividend | J | T | | | | | |
| 22. American Int's Group CS | A | Dividend | J | T | | | | | |
| 23. American Capital WLG GRW and Inc., CLC | A | Dividend | J | T | Buy | 12/17 | J | | |
| 24. Biogen, Inc. - CS | A | Dividend | J | T | | | | | |
| 25. Calamos Growth Fd. CLC | A | Dividend | J | T | Buy | 12/17 | J | | |
| 26. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 27. Duke Energy | A | Dividend | J | T | | | | | |
| 28. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 29. Fannie Mae - CS | A | Dividend | J | T | | | | | |
| 30. General Electric - CS | A | Dividend | J | T | | | | | |
| 31. Goldman Sachs Mid Cap Value Fd. | A | Dividend | J | T | Buy | 12/17 | J | | |
| 32. Home Depot - CS | A | Dividend | J | T | | | | | |
| 33. Household Int'l - CS | A | Dividend | J | T | | | | | |
| 34. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 35. McDonalds - CS | A | Dividend | J | T | | | | | |
| 36. Merrill Lynch Variable Coupon Notes | A | Dividend | J | T | Buy | 9/22 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/16/2005 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Microsoft Corp. - CS | A | Dividend | J | T | | | | | |
| 38. Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 39. Triad Hospitals - CS | A | Dividend | J | T | | | | | |
| 40. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |
| 41. IRA- MERRILL LYNCH | | | | | | | | | |
| 42. Lord Abbett Mid-Cap Value | A | Dividend | J | T | | | | | |
| 43. MFS Value Fd. | A | Dividend | | | Sell | 12/17 | J | B | |
| 44. Merrill Lynch Small Cap Value Fd. | A | Dividend | J | T | | | | | |
| 45. Merrill Lynch Large Cap Value Fund | A | Dividend | | | Sell | 12/17 | J | A | |
| 46. AIM Interm. Gov't | A | Dividend | J | T | Partial Sale | 12/17 | J | A | |
| 47. Lord Abbett Bond Debenture Fd. | A | Dividend | J | T | | | | | |
| 48. Merrill Lynch Global Allocation | A | Dividend | J | T | | | | | |
| 49. Fed. Hm. Ln. Mtg. Corp. | A | Dividend | | | Sell | 12/17 | J | A | |
| 50. Mass Inv. Trust Fd. | B | Interest | | | Sell | 12/17 | J | A | |
| 51. MFS Value Fd. | A | Dividend | J | T | Partial Sale | 12/17 | J | B | |
| 52. Merrill Lynch Small Cap Value Fd. | A | Dividend | | | Sell | 12/17 | J | A | |
| 53. Alliance Bernstein Value Fd. | A | Dividend | | | Sell | 12/17 | J | A | |
| 54. MFS Total Return Fd. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/16/2005 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Evergreen Sel Adjustable Rate Fd. | A | Dividend | J | T | | | | | |
| 56. Abbott Labs | A | Dividend | J | T | | | | | |
| 57. Abbott Labs | A | Dividend | J | T | Buy | 1/13 | J | | |
| 58. Allstate Corp. | A | Dividend | J | T | | | | | |
| 59. Allstate Corp. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 60. AT&T Corp. | A | Dividend | | | Sell | 12/17 | J | A | |
| 61. American Int'l Group | A | Dividend | J | T | Buy | 12/2 | J | | |
| 62. Archer Daniels Midland | A | Dividend | | | Sell | 12/10 | J | A | |
| 63. Burlington & Santa Fe Railroad | A | Dividend | | | Sell | 11/10 | J | A | |
| 64. Beckman Coulter Inc. | A | Dividend | • | | Sell | 11/15 | J | A | |
| 65. Baxter International, Inc. | A | Dividend | J | T | | | | | |
| 66. Baxter International, Inc. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 67. Boeing Company | A | Dividend | J | T | | | | | |
| 68. Bristol - Meyers Squibb Co. | A | Dividend | J | T | Buy | 8/17 | J | | |
| 69. Chevron Texaco Corp. | A | Dividend | J | T | | | | | |
| 70. Chevron Texaco Corp. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 71. Conaco Phillips | A | Dividend | J | T | | | | | |
| 72. Conaco Phillips | A | Dividend | J | T | Buy | 1/13 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/16/2005 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Conagra Foods Inc. | A | Dividend | J | T | | | | | |
| 74. Conagra Foods Inc. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 75. Energy East Corp. | A | Dividend | | | Sell | 5/10 | J | A | |
| 76. Exxon Mobile Corp. | A | Dividend | J | T | | | | | |
| 77. Exxon Mobile Corp. | A | Dividend | J | T | Buy | 1/13 | J | A | |
| 78. FPL Group, Inc. | A | Dividend | J | T | Partial Sale | 12/1 | | | |
| 79. FPL Group, Inc. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 80. Fannie Mae (USA) COM NPV | A | Dividend | J | T | Buy | 9/10 | J | | |
| 81. General Motors Corp. | A | Dividend | J | T | Buy | 10/12 | J | | |
| 82. Hartford Fin'l Services Group | A | Dividend | J | T | | | | | |
| 83. Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 84. Huntington Bancshares, Inc. | A | Dividend | J | T | | | | | |
| 85. Huntington Banchshares, Inc. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 86. Ingersoll Rand Co. | A | Dividend | J | T | | | | | |
| 87. International Business Machine, Inc. | A | Dividend | J | T | | | | | |
| 88. International Business Machine, Inc. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 89. Kimberly Clark | A | Dividend | J | T | | | | | |
| 90. Kimberly Clark. | A | Dividend | J | T | Buy | 1/13 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/16/2005 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. Lehman Brothers Holdings COM | A | Dividend | J | T | Buy | 9/22 | J | | |
| 92. Limited Brands Inc. | A | Dividend | J | T | | | | | |
| 93. Marshall & Ilsley Co. | A | Dividend | J | T | | | | | |
| 94. Marshall & Ilsley Co. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 95. Mattel Inc. | A | Dividend | | | Sell | 12/10 | J | A | |
| 96. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 97. Merck & Co. Inc. | A | Dividend | J | T | Buy | 12/15 | J | | |
| 98. J.C. Penney Co. | A | Dividend | J | T | | | | | |
| 99. J. C. Penney Co. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 100. Sara Lee Corp. | A | Dividend | J | T | Buy | 12/10 | J | | |
| 101. U.S. Bancorp | A | Dividend | J | T | Buy | 11/17 | J | | |
| 102. SBC Communications Inc. | | Dividend | | | Sell | 12/10 | J | A | |
| 103. Union Pacific Corp. | A | Dividend | J | T | | | | | |
| 104. Union Pacific Corp | A | Dividend | J | T | Buy | 1/13 | J | | |
| 105. Verizon Communications | A | Dividend | J | T | | | | | |
| 106. Verizon Communications | A | Dividend | J | T | Buy | 1/13 | J | | |
| 107. Washington Mutual Inc. | A | Dividend | J | T | | | | | |
| 108. Washington Mutual Inc. | A | Dividend | J | T | Buy | 1/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/16/2005 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Valne Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Weyerhaeuser Co. | A | Dividend | J | T | | | | | |
| 110. Weyerhaeuser Co. | A | Dividend | J | T | Buy | 1/1/5 | J | | |
| 111. Xerox Corp. | A | Dividend | J | T | | | | | |
| 112. Wachovia Corp. | A | Dividend | J | T | | | | | |
| 113. Wachovia Corp. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 114. Wyeth | A | Dividend | J | T | | | | | |
| 115. Wyeth | A | Dividend | J | T | Buy | 1/13 | J | | |
| 116. Merrill Lynch Money Market Fd. | A | Interest | K | T | | | | | |
| 117. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | PI = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | BREEN, J. DANIEL | 05/16/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | BREEN, J. DANIEL | 05/16/2005 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>BREEN, J. DANIEL | Date of Report<br><br>05/16/2005 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                                                    Date  May 16, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544